564 A.2d 159

**COMMONWEALTH of Pennsylvania**

v.

**David Patrick KELLY, Appellant.**

Supreme Court of Pennsylvania.

Argued Sept. 28, 1989.

Decided Oct. 6, 1989.

Reargument Denied Feb. 14, 1990.

Raymond P. Amatangelo, Amatangelo & Baisley, Janette Baisley, Donora, for appellant.

Harold H. Cramer, Asst. Counsel, Dept. of Transp., Harrisburg, for appellee.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, ZAPPALA and PAPADAKOS, JJ.

508

ORDER

PER CURIAM:

The Court being evenly divided, the Order of the Commonwealth Court is affirmed.

NIX, C.J., and FLAHERTY and ZAPPALA, JJ., dissent.